ORIGINAL

FRANK M. MANGAN
California State Bar No. 057689
FEDERAL DEFENDERS OF SAN DIEGO, INC.
NBC Building, 225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Fax: (619) 687-2666

Attorneys for Ms. Jimenez

FILED
2006 OCT 26  AM 8:44
CLERK US DIS...
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LETICIA JIMENEZ, ) <br> ) <br> Defendant. ) | Case No. 04-CR-1390 <br><br> **APPLICATION FOR EXONERATION OF BOND AND ORDER RECONVEYING TRUST DEED, AND ORDER THEREON** |

The above-named Defendant, Leticia Jimenez posted a $35,000 bond, secured by property located at 22601 Vought Street, Moreno Valley, California, 92553. On February 25, 2005, Ms. Jimenez was sentenced to custody of the Bureau of Prisons for a term of 18 months. Ms. Jimenez self-surrendered for service of her sentence on April 11, 2005.

For the foregoing reasons, Ms. Jimenez hereby requests this Court to order that the bond is exonerated and, accordingly, the property trust deed securing the bond be reconveyed to Leticia Jimenez.

Dated: 10/24/2006

_____
FRANK M. MANGAN
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Jimenez

1    **IT IS HEREBY ORDERED**, good cause having been shown, that the criminal bond in
2    the above-captioned case, with respect to Defendant Leticia Jimenez, be exonerated, and that the trust deed
3    with respect to the property located at <u>22601 Vought Street, Moreno Valley, California 92553</u>, be released
4    and reconveyed to Leticia Jimenez, a single woman, and that all documents related to the release and
5    reconveyance be mailed to Federal Defenders of San Diego, Inc., c/o Miguel Gongora, Jr., 225 Broadway,
6    Suite 900, San Diego, California, 92101.

7    **IT IS SO ORDERED**.

9    Dated: 10/25/06

HONORABLE ROGER T. BENITEZ
United States District Judge